IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHAEL EDWARD
HOWARTH,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

CASE NO. 1D15-1698

v.

JULIE L. JONES, Secretary,
Florida Department of Corrections,

Respondent.

_____/

Opinion filed May 5, 2015.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Michael Edward Howarth, pro se, Petitioner.

Jennifer Parker, General Counsel, and Susan A. Maher, Assistant General Counsel, Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

DISMISSED.

WOLF, ROWE, and SWANSON, JJ., CONCUR.